IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:12-cv-02880-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: April 18, 2013 | Courtroom Deputy: Monique Wiles/ Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| MOLYCORP MINERALS LLC, | Bradford Craig Berge |
| | Buck Stephen Beltzer |
| Plaintiff/Counter Defendant, | |
| v. | |
| M&K CHEMICAL ENGINEERING CONSULTANTS, INC., | Brian Paul Molzahn |
| | David M. Duree (by phone) |
| Defendant/Counter Claimant. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION / STATUS  HEARING**
**Court in session: 8:29 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the Court regarding **Plaintiff's Motion to Strike M & K's Jury Demand** [Doc. No. 37, filed 2/28/13].

**ORDERED:**     **Plaintiff's Motion to Strike M & K's Jury Demand** [Doc. No. 37, filed 2/28/13] is **GRANTED** for reasons stated on the record.

Discussion between the Court and counsel regarding Defendant's Motion to Compel Answers to Interrogatories [Doc. No. 42, filed 4/5/13].

The Court provides potential dates for a Rule 26(f) Conference.  Counsel shall confer with their clients and each other to decide on a mutually agreeable date for a Rule 26(f) Conference.  Parties shall then contact the Court to set a Rule 26(f) Conference.

Defendant makes oral Motion to Withdraw Motion to Compel Answers to Interrogatories [Doc. No. 42, filed 4/5/13].

**ORDERED:**     Defendant's oral Motion to Withdraw Motion to Compel Answers to Interrogatories [Doc. No. 42, filed 4/5/13] is **GRANTED**.  Motion [42] is **WITHDRAWN**.

HEARING CONCLUDED.

**Court in recess: 9:32 a.m.**
Total time in court:   1 hour, 3 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.