IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02880-MSK-CBS

MOLYCORP MINERALS LLC,

        Plaintiff,

v.

M&K CHEMICAL ENGINEERING CONSULTANTS, INC.,

        Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss All Claims With Prejudice (Motion) **(#62)** filed June 20, 2014.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted between Plaintiff and Defendant are hereby dismissed, with prejudice, each party to pay his, her or its own attorney fees and costs.

DATED this 23rd day of June, 2014.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge